<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

UNITED STATES OF AMERICA

           Plaintiff

    vs.

BRIANNA L. BECKER

           Defendant

CIVIL NO. 13-05355
(STENGEL)

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................. $58,000.00

Amount of cash received................................................................$58,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

    Mileage and Fees............................................................................$156.94

**DEPARTMENT OF JUSTICE COSTS:**
    (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

    Advertising Cost ...........................................................................$3,650.60

TOTAL COSTS TO U.S. GOVERNMENT ..................................$3,807.54

Proceeds of sale, less costs, to Farmer's Home Admin ..................$54,192.46
    (to be forwarded to US Attorney's office)

                                         Respectfully submitted,

                                         KML Law Group, P.C.

                                         By: _/s/ Thomas I. Puleo_
                                         Thomas I. Puleo, Esquire
                                         Pennsylvania Attorney I.D. No. 27615
                                         Suite 5000 – BNY Independence Center
                                         701 Market Street
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6309